# Exhibit E

# U.S. Patent No. 8,898,773

## U.S. Patent No. 8,898,772
Infoblox NIOS 9.0.x Software Appliance



For purposes of satisfying the threshold pleading requirements, the following claim chart is provided as a nonlimiting example of where elements of exemplary Claims 1 and 3 may be found in exemplary representative Accused Instrumentalities. The exemplary representative Accused Instrumentalities herein are physical and virtual appliances that provide the NIOS software appliance, described as versions NIOS 9.0.x in Infoblox's documentation (*see* NIXU Complaint Ex. E *available at* https://docs.infoblox.com/space/NIOS/35400616/NIOS?attachment=https:/ /docs.infoblox.com/download/attachments/15433773/Infoblox_NIOS_9.0. x_Documentation.pdf&type=application/pdf&filename=PDF).

Plaintiff intends to rely on additional information and materials for its infringement contentions and reserves all right to do so. The identification of specific components, structures, or processes corresponding to individual claim elements is based on publicly-available information and technical documentation. This chart has been prepared without access to Infoblox's internal information, documents, source code, and other materials that will be available through discovery. As such, this chart necessarily reflects inferences drawn from publicly-available materials. The inclusion of a particular example does not preclude the presence of a substantially similar or equivalent component and/or functionality elsewhere, including through additional or different components, operation, and/or versions of the Accused Instrumentalities. Plaintiff reserves the right to modify, supplement, or amend its description as additional information becomes available through discovery or otherwise.

# U.S. Patent No. 8,898,773

**Claim 1**

1. A method for making an applianced domain name server, the method comprising:

forming a software installation package for the domain name server; and

making the applianced domain name server by installing the software installation package in a server,

wherein the software installation package comprises:

a hardened operating system;

a securely pre-configured domain name server software;

a management interface;

a local response logic for responding to attack attempts from one or more blacklisted client computers;

a local attack detection logic,

wherein the attack detection logic performs one or more analyses, each of which being based on a plurality of IP packets from an individual client computer, based on a predetermined set of attack detection rules,

wherein, if at least some of the analyses, which are based on the plurality of IP packets from the individual client computer, identify the individual client computer as an attacking client computer, the local attack detection logic blacklists the individual client computer as an attacking client computer thereby indicating that IP traffic from the individual client computer should be blocked.



Infoblox NIOS 9.0.x Documentation

(Supports NIOS 9.0.1, 9.0.2, 9.0.3, 9.0.4, 9.0.5, 9.0.6, 9.0.7, 9.0.8)
12/11/2025



**TABLE 1:**
**SUMMARY OF ATTACK TYPES THAT DNS INFRASTRUCTURE PROTECTION DEFENDS AGAINST**

| Attack Name | Type | How It Works |
|---|---|---|
| DNS reflection/ DDoS attacks | Volumetric | Using third-party DNS servers (open resolvers) to propagate a DoS or DDoS attack |
| DNS amplification | Volumetric | Using a specially crafted query to create an amplified response to flood the victim with traffic |
| TCP/UDP/ICMP floods | Volumetric | Denial of service on layer 3 by bringing a network or service down by flooding it with large amounts of traffic |
| NXDOMAIN | Volumetric | Flooding the DNS server with requests for non-existent domains, causing cache saturation and slower response time |
| Random sub-domain (slow drip attacks), domain lock-up attacks, phantom domain attacks | Low-volume stealth | Flooding the DNS server with requests for phantom or misbehaving domains that are set up as part of the attack, causing resource exhaustion, cache saturation, outbound query limit exhaustion and degraded performance |
| DNS-based exploits | Exploits | Attacks that exploit vulnerabilities in the DNS software |
| DNS cache poisoning | Exploits | Corruption of the DNS cache data with a rogue address |
| Protocol anomalies | Exploits | Causing the server to crash by sending malformed packets and queries |
| Reconnaissance | Exploits | Attempts by hackers to get information on the network environment before launching a large DDoS or other type of attack |
| DNS hijacking | Exploits | Attacks that override domain registration information to point to a rogue DNS server |
| Data exfiltration (using known tunnels) | Exploits | Attack involves tunneling another protocol through DNS port 53, which is allowed if the firewall is configured to carry non-DNS traffic—for the purposes of data exfiltration |

*Source*: *Infoblox DNS Infrastructure Datasheet*

---

*NIXU FL IP Protection LLC v. Infoblox, Inc. and Infoblox Federal, Inc.*

# U.S. Patent No. 8,898,773

| **1.pre** | The Accused Instrumentalities comprise "an applianced domain name server," which is made according to the method claimed in Claim 1. |
| --- | --- |

| NIOS | An Infoblox proprietary system that powers Infoblox solutions with an embedded processor that delivers core network services. It is the operating system that runs on the NIOS appliances—a security-hardened, real-time set of appliances built to ensure the non-stop operation of network infrastructure. NIOS automates the error-prone and time-consuming manual tasks associated with deploying and managing IPAM, DNS, and DHCP required for continuous IP network availability and business uptime. |
| --- | --- |
| NIOS Virtual Appliance | Any Infoblox supported platform, such as AWS, VMWare, Azure appliances that runs the vNIOS software. These appliances are also known as the vNIOS appliances. |

NIOS 9.0.x Documentation at 59.

NIOS comes with its own hardware box (appliance) on which NIOS will be installed. Ensure that you verify the hardware that you receive. You can also install NIOS on virtual appliances.

NIOS 9.0.x Documentation at 72.

## Supported Appliances

For the list of supported physical appliances and virtual appliances that NIOS is supported on, see the vNIOS X5 and X6 Series Appliance Specifications at *https://docs.infoblox.com/space/Appliances/35364966/Virtual+Appliances*

NIOS 9.0.x Documentation at 72.

# U.S. Patent No. 8,898,773

**1.pre**
*(Continued)*

The Accused Instrumentalities comprise "an applianced domain name server," which is made according to the method claimed in Claim 1.

**infoblox**

## About Infoblox DNS Infrastructure Protection

You can deploy the DNS Infrastructure Protection solution on hardware-accelerated appliances (physical appliances only) as well as software-based appliances (both physical and virtual) in the Grid. Depending on the appliances you deploy, you must install applicable hardware-based licenses or Software ADP subscription licenses. For information about supported Infoblox appliances for DNS Infrastructure Protection and the applicable licenses, see *Supported DNS Infrastructure Protection Appliances and Licensing Requirements*.

Infoblox DNS Infrastructure Protection is designed to provide visibility and protection against network floods and DNS attacks. It detects DNS attacks through predefined and custom DNS Infrastructure protection rules, and mitigates DNS threats by dropping problematic packets while responding only to legitimate traffic. With valid licenses installed, you can subscribe to automatic rule updates that deliver near real-time protection against new and emerging attacks. You may also manually perform the rule update process based on your configuration. For information about DNS Infrastructure Protection rules, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

*See also* NIOS 9.0.x Documentation at 1781.

*NIXU FL IP Protection LLC v. Infoblox, Inc. and Infoblox Federal, Inc.*

## U.S. Patent No. 8,898,773

**1.pre**
*(Continued)*

The Accused Instrumentalities comprise "an applianced domain name server," which is made according to the method claimed in Claim 1.

INFOBLOX DNS INFRASTRUCTURE PROTECTION. MINIMIZE BUSINESS DISRUPTIONS CAUSED BY DNS-BASED ATTACKS

**APPLIANCE OPTIONS**

**DNS Infrastructure Protection: Available on Physical and Virtual Platforms**

Infoblox DNS Infrastructure Protection defends against a broad spectrum of DNS DDoS attacks, ensuring uninterrupted service for your organization. It is a software subscription add-on to a variety of Trinzic hardware and software appliances, enabling you to safeguard DNS integrity and prevent both external and internal DNS DDoS attacks that could disrupt your business operations across on-prem, private and public cloud environments.

*Source: Infoblox DNS Infrastructure Datasheet*

**Available on Physical, Virtual and Cloud Platforms:** With Infoblox, you have the option of deploying as-a-software subscription add-on to virtual and physical Trinzic appliances, enabling services to run on a common model and supporting on-prem, private and public cloud environments.

## U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.a** | The Accused Instrumentalities implement "a software installation package for the domain name server." On information and belief, the software installation package is formed, built, made by, and/or provided to others by Infoblox as the NIOS software-appliance package. |

### Downloading the NIOS Software

You can download NIOS from the Infoblox Support web site at *https://support.infoblox.com/.* You must be a registered user to access this web site.

To download the software for vNIOS:

1. Log on to the Infoblox Support web site at *https://support.infoblox.com/*
2. Click the **Downloads** tab.
3. Select **NIOS/vNIOS** from the **Infoblox Software** drop-down list.
4. Select the **General maintenance products with full engineering support for routine patches and bug fixes on all significant issues** option.
5. Select **NIOS 9.0.8** from the **Select version** drop-down list.

NIOS 9.0.x Documentation at 72.

## U.S. Patent No. 8,898,773

**1.b**  The Accused Instrumentalities are realized "by installing the software installation package in a server." On information and belief, the software installation package is provided by and/or loaded on virtual or physical servers by Infoblox.

### Installing NIOS

NIOS comes with its own hardware box (appliance) on which NIOS will be installed. Ensure that you verify the hardware that you receive. You can also install NIOS on virtual appliances.

NIOS 9.0.x Documentation at 72.

### Supported Appliances

For the list of supported physical appliances and virtual appliances that NIOS is supported on, see the vNIOS X5 and X6 Series Appliance Specifications at *https://docs.infoblox.com/space/Appliances/35364966/Virtual+Appliances*

NIOS 9.0.x Documentation at 72.

Static licenses are member-specific licenses that are mapped to the hardware IDs (also called as serial numbers) of individual NIOS or vNIOS appliances. Static licenses cannot be transferred among appliances. They come pre-installed on physical NIOS appliances according to the software packages you order at the time of purchase.

NIOS 9.0.x Documentation at 545.

## U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.b** | The Accused Instrumentalities are realized "by installing the software installation package in a server." On information and belief, the software installation package is provided by and/or loaded on virtual or physical servers by Infoblox. |

 *Source: Datasheet "The Infoblox Grid".*

**CENTRALIZED MANAGEMENT OF DISTRIBUTED ARCHITECTURES**

Infoblox physical and virtual appliances deliver core network services—including DNS, DHCP, IPAM, NTP and TFTP—in a reliable, secure, easy-to-deploy and manage platform. The Infoblox Grid™ is created by linking appliances across a distributed enterprise. The Grid is not a separate management and reporting application that overlays the individual appliances. Rather, appliances in a Grid are linked using sophisticated distributed database technology embedded within each appliance. This transforms the collection of appliances into a unified system with very unique and beneficial attributes.

**INFOBLOX GRID™ TECHNOLOGY OVERVIEW**

Infoblox Grid™ technology enables distributed Infoblox appliances to function as a unified, centrally managed system—instead of independent devices—providing a real-time distribution, synchronization and management framework. Infoblox Grids are implemented using physical or virtual appliances licensed with the NS1 Grid (NS1GD) package, which enables the functions of the Grid module in the Infoblox NIOS software. The Grid module leverages and enhances underlying subsystems in the Infoblox NIOS software included with every Infoblox appliance.

The NIOS software includes service modules such as DNS, DNSSEC, DHCP, TFTP and NTP services that are implemented using industry-standard protocol engines that have been modified to work with the Infoblox database. The Infoblox database engine provides:

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.b** *(Continued)* | The Accused Instrumentalities are realized "by installing the software installation package in a server." On information and belief, the software installation package is provided by and/or loaded on virtual or physical servers by Infoblox. |

**infoblox.**

## About Infoblox DNS Infrastructure Protection

You can deploy the DNS Infrastructure Protection solution on hardware-accelerated appliances (physical appliances only) as well as software-based appliances (both physical and virtual) in the Grid. Depending on the appliances you deploy, you must install applicable hardware-based licenses or Software ADP subscription licenses. For information about supported Infoblox appliances for DNS Infrastructure Protection and the applicable licenses, see *Supported DNS Infrastructure Protection Appliances and Licensing Requirements*.

Infoblox DNS Infrastructure Protection is designed to provide visibility and protection against network floods and DNS attacks. It detects DNS attacks through predefined and custom DNS Infrastructure protection rules, and mitigates DNS threats by dropping problematic packets while responding only to legitimate traffic. With valid licenses installed, you can subscribe to automatic rule updates that deliver near real-time protection against new and emerging attacks. You may also manually perform the rule update process based on your configuration. For information about DNS Infrastructure Protection rules, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

*See also* NIOS 9.0.x Documentation at 1781.

## U.S. Patent No. 8,898,773

**1.c**  The Accused Instrumentalities comprise a "hardened operating system."

## Glossary of Terms

The following table provides descriptions of some key terminology used in the Infoblox products. Some terms, such as Grids and high availability, are used in different ways by other networking product vendors. The alphabetically arranged table can help you understand the terms and concepts as Infoblox uses them and as they are used in this guide.

| NIOS | An Infoblox proprietary system that powers Infoblox solutions with an embedded processor that delivers core network services. It is the operating system that runs on the NIOS appliances—a security-hardened, real-time set of appliances built to ensure the non-stop operation of network infrastructure. NIOS automates the error-prone and time-consuming manual tasks associated with deploying and managing IPAM, DNS, and DHCP required for continuous IP network availability and business uptime. |
|---|---|

NIOS 9.0.x Documentation at 55, 59.

# U.S. Patent No. 8,898,773

| 1.d | The Accused Instrumentalities comprise "a securely pre-configured domain name server software." |

Understanding DNS Infrastructure Protection Rulesets and Rules

To fully implement Infoblox DNS Infrastructure Protection , ensure that you import the latest DNS Infrastructure Protection ruleset. To import rulesets, you must have the **Threat Protection Update** license installed on the appliance. For more information, see *Supported DNS Infrastructure Protection Appliances and Licensing Requirements*. A ruleset comprises all DNS Infrastructure Protection rules, including system and auto-generated rules, rule templates, custom rules (if any), and parameter definitions and values. For detailed information about DNS Infrastructure Protection rules, refer to the *Infoblox DNS Infrastructure Protection Rules* available on the Support web site. Infoblox supports a common DNS Infrastructure Protection ruleset for both hardware and Software DNS Infrastructure Protection members. This ruleset supports all rules and templates. You can also manually upload your rulesets or download rulesets automatically from the IT server.

Infoblox DNS Infrastructure Protection supports the following DNS infrastructure protection rules:

- Predefined system and auto-generated rules, as described in *System and Auto Rules*.

Infoblox NIOS 9.0.x Documentation at 1787-88.

System and Auto Rules

System rules are predefined DNS Infrastructure Protection rules that are built into the Advance Appliances. New system rules are added through rule updates. You can enable an entire category of system rules as well as individual rules. Note that you cannot add or delete system rules, though you can change some parameters. For most system rules, you can modify the **Action** and **Log Severity**. For more information, see *Modifying System and Auto Rules*.
Auto-generated rules are firewall rules that are automatically defined by NIOS for blocking traffic for disabled services and ports. They do not support functionality such as rate limiting. These rules can be grouped into different rule categories and are enabled or disabled by default. You cannot enable or disable auto rules in this release of Infoblox DNS Infrastructure Protection , though you can set log severity and control logging for these rules. Note that auto rules are automatically enabled or disabled and reconfigured based on the current running services and configuration on the appliance.

Infoblox NIOS 9.0.x Documentation at 1793.

## U.S. Patent No. 8,898,773

**1.e**　　The Accused Instrumentalities comprise "a management interface."

**infoblox**

About the Grid Manager Interface

Grid Manager provides an easy-to-use interface that simplifies core network services management. Its navigational tools enable you to quickly move through the application and retrieve the information you need. You can customize different elements in your workspace, and hide and display panels as you need them. It also provides different types of Help, so you can immediately access the information you need to complete your tasks.

*See also* NIOS 9.0.x Documentation at 75.

## Glossary of Terms

The following table provides descriptions of some key terminology used in the Infoblox products. Some terms, such as Grids and high availability, are used in different ways by other networking product vendors. The alphabetically arranged table can help you understand the terms and concepts as Infoblox uses them and as they are used in this guide.

| Grid Manager | The NIOS web interface that provides access to your Grid for performing IPAM, DNS, and DHCP management and other administration tasks. |
| --- | --- |

NIOS 9.0.x Documentation at 55, 57.

# U.S. Patent No. 8,898,773

**1.e**

*(Continued)*

The Accused Instrumentalities comprise "a management interface."

## Logging on to the NIOS UI

The NIOS UI (also called Infoblox Grid Manager) is the web interface that provides access to your appliance for network and IP address management. It provides a number of tools that you can use to effectively manage your appliance and IP address space.

NIOS 9.0.x Documentation at 82.

## U.S. Patent No. 8,898,773

| 1.f | The Accused Instrumentalities comprise "a local response logic for responding to attack attempts from one or more blacklisted client computers." |
|-----|---|

### About Infoblox DNS Infrastructure Protection

The Infoblox DNS Infrastructure Protection solution employs DNS infrastructure protection rules to detect, report upon, and stop DoS (Denial of Service), DDoS (Distributed Denial of Service) and other network attacks targeting DNS authoritative applications. Infoblox DNS Infrastructure Protection helps minimize "false positives" and ensures that your mission-critical DNS services continue to function even when under attack. For information about possible DNS threats, see *DNS and Network-Flood Threats*.

You can deploy the DNS Infrastructure Protection solution on hardware-accelerated appliances (physical appliances only) as well as software-based appliances (both physical and virtual) in the Grid. Depending on the appliances you deploy, you must install applicable hardware-based licenses or Software ADP subscription licenses. For information about supported Infoblox appliances for DNS Infrastructure Protection and the applicable licenses, see *Supported DNS Infrastructure Protection Appliances and Licensing Requirements*.

Infoblox DNS Infrastructure Protection is designed to provide visibility and protection against network floods and DNS attacks. It detects DNS attacks through predefined and custom DNS Infrastructure protection rules, and mitigates DNS threats by dropping problematic packets while responding only to legitimate traffic. With valid licenses installed, you can subscribe to automatic rule updates that deliver near real-time protection against new and emerging attacks. You may also manually perform the rule update process based on your configuration. For information about DNS Infrastructure Protection rules, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

Infoblox DNS Infrastructure Protection supports a set of predefined DNS Infrastructure Protection rules that detect and mitigate possible DNS threats. You can modify some of the parameters and assign actions such as logging events and applying mitigation to these rules. You can also create custom rules to suit your security needs. For more information, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

NIOS 9.0.x Documentation at 1781.

### What's New in NIOS 9.0.8

The following table introduces the new features in NIOS 9.0.8. For a brief description of the features, see the sub-topic pertinent to the release.

| Feature | See… |
|---|---|
| Renaming Advanced DNS Protection and Threat Protection to DNS Infrastructure Protection | |

NIOS 9.0.x Documentation at 3.

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.f**<br>*(Continued)* | The Accused Instrumentalities comprise "a local response logic for responding to attack attempts from one or more blacklisted client computers." |

### Detecting and Mitigating DNS DDoS Attacks

DNS is a tempting target for attacks given that most traditional enterprise firewalls are configured to allow port 53 traffic to service DNS, which gives attackers an easy way to evade your firewall implementation. Since DNS queries are asymmetrical, they can result in a response many times larger than the query, which means that your DNS system can be used to amplify an attack.

To protect your DNS servers and DNS service performance, Infoblox provides the following features to detect and mitigate DNS DDoS attacks, such as NXDOMAIN attacks:

- Automated mitigation of phantom domain attacks (a subset of NXDOMAIN attacks), as described in *Automated Mitigation of Phantom Domain Attacks*.
- Configurable parameters used to detect possible NXDOMAIN attacks, as described in *Detecting NXDOMAIN Attacks.*
- Mitigation of NXDOMAIN responses by removing the LRU (Least Recently Used) items from the list of NX (non-existent) RRsets. The appliance uses the LRU list to select entries for removal from the cache when the cache utilization exceeds the allowed threshold. For more information, see *Mitigating Possible NXDOMAIN Attacks.*
- CLI commands for configuring RRL (Response Rate Limiting) to mitigate DNS DDoS attacks by reducing the rate at which authoritative servers respond to high volumes of malicious queries, as described in *Support for RRL (Response Rate Limiting).*

Infoblox also offers the following security features to fully protect your DNS infrastructure and implementation:

- *Infoblox DNS Infrastructure Protection*
- *Infoblox DNS Firewall*
- *Infoblox Threat Insight*

NIOS 9.0.x Documentation at 854.

## U.S. Patent No. 8,898,773

**1.f**
*(Continued)*

The Accused Instrumentalities comprise "a local response logic for responding to attack attempts from one or more blacklisted client computers."



NIOS 9.0.x Documentation at 1782.

## U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.f** *(Continued)* | The Accused Instrumentalities comprise "a local response logic for responding to attack attempts from one or more blacklisted client computers." |

---

**About Infoblox DNS Firewall**

Infoblox DNS Firewall employs DNS RPZs (Response Policy Zones), a technology developed by ISC (Internet System Consortium) for allowing reputable sources to dynamically communicate domain name reputation so you can implement policy controls for DNS lookups.

On an Infoblox appliance, you can configure RPZs and define RPZ rules to block DNS resolution for malicious or unauthorized hostnames, or redirect clients to a walled garden by substituting responses. You can assign actions to RPZ rules. For example, abc.com can have an action of pass thru or substitute (domain) with the domain xyz.com. You can also configure a Grid member to act as a lead secondary that receives RPZ updates from external reputation sources and redistributes the updates to other Grid members. Infoblox DNS Firewall supports both IPv4 and IPv6 networks. It



NIOS 9.0.x Documentation at 1819-20.

---

# U.S. Patent No. 8,898,773

**1.g**

The Accused Instrumentalities comprise "*a local attack detection logic, wherein the attack detection logic performs one or more analyses*, each of which being based on a plurality of IP packets from an individual client computer, *based on a predetermined set of attack detection rules*." The Accused Instrumentalities perform threat detection using predefined rules and templates, which perform one or more analyses on incoming traffic.

---

**About Infoblox DNS Infrastructure Protection**

The Infoblox DNS Infrastructure Protection solution employs DNS infrastructure protection rules to detect, report upon, and stop DoS (Denial of Service), DDoS (Distributed Denial of Service) and other network attacks targeting DNS authoritative applications. Infoblox DNS Infrastructure Protection helps minimize "false positives" and ensures that your mission-critical DNS services continue to function even when under attack. For information about possible DNS threats, see *DNS and Network-Flood Threats*.

You can deploy the DNS Infrastructure Protection solution on hardware-accelerated appliances (physical appliances only) as well as software-based appliances (both physical and virtual) in the Grid. Depending on the appliances you deploy, you must install applicable hardware-based licenses or Software ADP subscription licenses. For information about supported Infoblox appliances for DNS Infrastructure Protection and the applicable licenses, see *Supported DNS Infrastructure Protection Appliances and Licensing Requirements*.

Infoblox DNS Infrastructure Protection is designed to provide visibility and protection against network floods and DNS attacks. It detects DNS attacks through predefined and custom DNS Infrastructure protection rules, and mitigates DNS threats by dropping problematic packets while responding only to legitimate traffic. With valid licenses installed, you can subscribe to automatic rule updates that deliver near real-time protection against new and emerging attacks. You may also manually perform the rule update process based on your configuration. For information about DNS Infrastructure Protection rules, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

Infoblox DNS Infrastructure Protection supports a set of predefined DNS Infrastructure Protection rules that detect and mitigate possible DNS threats. You can modify some of the parameters and assign actions such as logging events and applying mitigation to these rules. You can also create custom rules to suit your security needs. For more information, see *Understanding DNS Infrastructure Protection Rulesets and Rules*.

As illustrated in the figure below, the DNS Infrastructure Protection appliance, acting as an authoritative DNS server, is added to the Grid. After installing valid threat protection licenses and configuring the appliance to serve as an Advance Appliance, it can now detect DNS threats and mitigate DNS threats based on DNS Infrastructure Protection rules. All DNS Infrastructure Protection related events, conformed to CEF (Common Event Format), are logged in the syslog on the Grid Master. To perform further investigation about possible threats, the reporting server generates specific DNS Infrastructure Protection related reports. For information about how to monitor DNS Infrastructure Protection related events and reports, see *Monitoring DNS Infrastructure Protection Events*.

Infoblox NIOS 9.0.x Documentation at 1781.

---

**System and Auto Rules**

System rules are predefined DNS Infrastructure Protection rules that are built into the Advance Appliances. New system rules are added through rule updates. You can enable an entire category of system rules as well as individual rules. Note that you cannot add or delete system rules, though you can change some parameters. For most system rules, you can modify the **Action** and **Log Severity**. For more information, see *Modifying System and Auto Rules*.

Infoblox NIOS 9.0.x Documentation at 1793-94; *see also id.* at 1789-91 (custom rules templates).

---

*NIXU FL IP Protection LLC v. Infoblox, Inc. and Infoblox Federal, Inc.*

U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.g**<br>*(Continued)* | The Accused Instrumentalities comprise "a local attack detection logic, wherein the attack detection logic performs one or more analyses, *each of which being based on a plurality of IP packets from an individual client computer*, based on a predetermined set of attack detection rules." On information and belief, at least the rules cited below perform one or more analyses, each of which are based on a plurality of IP packets from an individual client computer; other auto, system, and custom rules may also do so. |

## Packet Flow for DNS Infrastructure Protection Rules

DNS Infrastructure Protection rules are designed to work together to provide maximum protection for your environment. This section describes how these rules are being applied and how you can tune some of them to suit your system setup and network environment.

DNS Infrastructure Protection rules are grouped by rule categories, and most of them have one or more associated rule parameters. All DNS Infrastructure Protection rules contain rule parameters that you may or may not be able to configure. Rule parameters are predefined with default values that generally suit most network environments. However, there are times when you have special setups or configurations in your environment that require special attention. In these cases, you may need to change some of the rule parameters to obtain optimal protection without sacrificing system performance. For detailed information about all DNS infrastructure protection rules and how to tune them when necessary, refer to the *Infoblox DNS Infrastructure Protection Rules* available on the Support web site.

Depending on the rules, you may or may not be able to override default values for the following rule parameters (when applicable):

- **Packets per second**: This parameter defines the rate limit or the number of packets per second that the appliance processes before it performs a triggered action, such as sending warnings or blocking traffic.

Infoblox NIOS 9.0.x Documentation at 1796-97.

*NIXU FL IP Protection LLC v. Infoblox, Inc. and Infoblox Federal, Inc.*

# U.S. Patent No. 8,898,773

| 1.h | If the "at least some of the analyses" carried out by the Accused Instrumentalities, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |
|---|---|

## Packet Flow for DNS Infrastructure Protection Rules

- **Packets per second**: This parameter defines the rate limit or the number of packets per second that the appliance processes before it performs a triggered action, such as sending warnings or blocking traffic.

- **Drop interval**: This is the time period (in seconds) for which the appliance blocks traffic from the client or traffic that matches a certain pattern beyond the rate limit. Based on how you want to handle the traffic that exceeds the rate limit, you can configure this interval to work with the **Rate Algorithm** parameter.

- **Rate algorithm**: This parameter defines how the appliance handles incoming traffic when the traffic exceeds the rate limit (defined in **Packets per second**). You can set this to "blocking" or "rate limiting." The default is "rate limiting." When you set this to "blocking," the appliance allows client traffic to go through until it hits the rate limit. It then blocks all traffic for the duration of the drop interval. If client traffic continuously exceeds the rate limit, the appliance continues to block all traffic for subsequent drop intervals without letting through any traffic, which could result in an indefinite traffic blockage. When you set this to "rate limiting," the appliance allows client traffic to go through until traffic hits the rate limit. It then blocks all traffic for the rest of the drop interval. The appliance re-evaluates client traffic at the beginning of each drop interval and repeats the same behavior for subsequent intervals.

To avoid resource exhaustion and limit frauds, you can limit the query rate for each source IP, and then set **Dropinterval** to one second and **Ratealgorithm** to "rate limiting," which results in a rate-limiting behavior that allows some traffic to go through before the rest of the traffic is blocked. In this case, the appliance re-evaluates the client behavior every second. If the client traffic exceeds the rate limit, the appliance processes only queries up to the rate limit and drops all excessive queries for the remainder of the second.

Infoblox NIOS 9.0.x Documentation at 1796-97.

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.h**<br>*(Continued)* | If the "at least some of the analyses" carried out by the Accused Instrumentalities, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |

## Packet Flow for DNS Infrastructure Protection Rules

**Example 1**

If source IP 100.10.10.1 sends queries at a rate of 100 packets per second, and you have the following configuration for a DNS Infrastructure Protection rule:

**Packets per second** = 40

**Drop interval** = 3

**Rate algorithm** = blocking

The appliance handles incoming traffic in the following manner:

1st second: 40 packets are allowed; all other packets are blocked

2nd second: All traffic from 100.10.10.1 is blocked

3rd second: All traffic from 100.10.10.1 is blocked

4th second: All traffic from 100.10.10.1 is blocked

5th second: All traffic from 100.10.10.1 is blocked

6th second: All traffic from 100.10.10.1 is blocked

In this example, the appliance evaluates historic data of the client behavior. If the client traffic exceeds the limit, then the appliance continuously drops traffic, which may result in an indefinite traffic blockage for a client that continuously violates the rate limit.

Infoblox NIOS 9.0.x Documentation at 1796-97.

## U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.h**<br>*(Continued)* | If the "at least some of the analyses" carried out by the Accused Instrumentalities, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |

## Packet Flow for DNS Infrastructure Protection Rules

**Example 2**

Source IP 100.10.10.1 sends queries at a rate of 100 packets per second for a duration of two seconds. It then sends 30 packets per second for three seconds and 50 packets afterwards; and you have the following configuration for a DNS Infrastructure Protection rule:

**Packets per second** = 40

**Drop interval** = 1

**Rate algorithm** = rate limiting

The appliance handles incoming traffic in the following manner:

1st second: 40 packets are allowed; all other packets are blocked for the remainder of the second

2nd second: 40 packets are allowed; all other packets are blocked for the remainder of the second

3rd second: All traffic from 100.10.10.1 is allowed

4th second: All traffic from 100.10.10.1 is allowed

5th second: All traffic from 100.10.10.1 is allowed

6th second: 40 packets are allowed; all other packets are blocked for the remainder of the second

In this case, the appliance re-evaluates the client behavior every second. If client traffic exceeds the rate limit, the appliance processes queries up to the rate limit and drops all excessive queries for the remainder of the second.

Infoblox NIOS 9.0.x Documentation at 1796-97.

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **1.h** *(Continued)* | If the "at least some of the analyses" carried out by the Accused Instrumentalities, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |

**System and Auto Rules**

System rules are predefined DNS Infrastructure Protection rules that are built into the Advance Appliances. New system rules are added through rule updates. You can enable an entire category of system rules as well as individual rules. Note that you cannot add or delete system rules, though you can change some parameters. For most system rules, you can modify the **Action** and **Log Severity**. For more information, see *Modifying System and Auto Rules*.

Auto-generated rules are firewall rules that are automatically defined by NIOS for blocking traffic for disabled services and ports. They do not support functionality such as rate limiting. These rules can be grouped into different rule categories and are enabled or disabled by default. You cannot enable or disable auto rules in this release of Infoblox DNS Infrastructure Protection , though you can set log severity and control logging for these rules. Note that auto rules are automatically enabled or disabled and reconfigured based on the current running services and configuration on the appliance.

- **DNS DDoS**: Contains system rules that are used to mitigate DNS DDoS attacks on your Advance Appliance. These rules rate limits clients that trigger following DNS responses: NXDOMAIN, NXRRSET, and SERVFAIL. Note that the response-type rules, in contrast to other rate-limiting or blocking rules, behave differently when blocking the traffic. This is because, the response-type rules are triggered on response packets only, but the triggered rules drop queries that are required to generate responses. Due to the dropping of queries, no new responses are generated, and the rate-limiting rule stops after the timeout period and needs to be triggered again by new responses.

- **Potential DDoS Related Domains**: Contains system rules the appliance uses to blacklist domains that may have been the targets or subjects in NXDOMAIN or DDoS attacks. These rules block all FQDN lookups on UDP for domains that have been observed to be used as targets in DDoS attacks, and they are enabled by default.

Infoblox NIOS 9.0.x Documentation at pp. 1793-94.

# U.S. Patent No. 8,898,773

| 1.h (Continued) | If the "at least some of the analyses" carried out by the Accused Instrumentalities, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |
| --- | --- |

## Custom Rule Templates

Infoblox DNS Infrastructure Protection supports a few custom rule templates from which you create new custom rules. Note that when you use a specific rule template to create custom rules, the new rules reside in their respective rule categories. For information about creating custom rules, see Creating Custom Rules below.

For each rule you create, you can define the **Events per second** value to determine the number of events per second that will be logged for the rule. You can also define specific rule parameters for custom rules, as follows:

When you create custom rules that involve FQDN lookups, the appliance automatically verifies the FQDN syntax and format that you enter in the **Value** field. It properly translates escaped sequences and special characters that are used to represent specific characters in the FQDN. For example, \032 is interpreted as a space (hex 20), and \" is interpreted as the double quote (hex 22). The appliance sends an error message when it detects invalid characters in the FQDN.

Infoblox NIOS 9.0.x Documentation at 1790-92.

*Exemplary custom templates include at least:*

- **BLACKLIST IP TCP Drop prior to rate limiting**: Use this rule template to create rules for blocking IPv4 or IPv6 addresses on TCP before the appliance drops the packets based on rate limiting rules you have defined using the **BLACKLIST IP TCP Drop prior to rate limiting** template. In the Rule Parameters table, complete the following:
  - **Blacklisted IP address/network**: Enter the IPv4 or IPv6 address from which packets sent are dropped before any relevant rate limiting rules take effect. Note that all TCP traffic from the specified Ipv4 and IPv6 addresses and networks will be blocked. Enter network addresses in address/CIDR format.
- **BLACKLIST IP UDP Drop prior to rate limiting**: Use this rule template to create rules for blocking IPv4 or IPv6 addresses on UDP before the appliance drops the packets based on rate limiting rules you have defined using the **BLACKLIST IP UDP Drop prior to rate limiting** template. In the Rule Parameters table, complete the following:
  - **Blacklisted IP address/network**: Enter the IPv4 or IPv6 address from which packets sent are dropped before any relevant rate limiting rules take effect. Note that all UDP traffic from the specified Ipv4 and IPv6 addresses and networks will be blocked. Enter network addresses in address/CIDR format.

# U.S. Patent No. 8,898,773

**Claim 3**

3. A software installation package for a domain name server, the software installation package comprising:

> a hardened operating system;

> a securely pre-configured domain name server software;

> a management interface;

> a local attack detection logic,

wherein the attack detection logic performs one or more analyses, each of which being based on a plurality of IP packets from an individual client computer, based on a predetermined set of attack detection rules,

wherein, if at least some of the analyses, which are based on the plurality of IP packets from the individual client computer, identify the individual client computer as an attacking client computer, the local attack detection logic blacklists the individual client computer as an attacking client computer thereby indicating that IP traffic from the individual client computer should be blocked, and

wherein the software installation package is a tangible software carrier that constitutes a non-transitory storage medium.



Infoblox NIOS 9.0.x Documentation

(Supports NIOS 9.0.1, 9.0.2, 9.0.3, 9.0.4, 9.0.5, 9.0.6, 9.0.7, 9.0.8)
12/11/2025



**TABLE 1:**
**SUMMARY OF ATTACK TYPES THAT DNS INFRASTRUCTURE PROTECTION DEFENDS AGAINST**

| Attack Name | Type | How It Works |
|---|---|---|
| DNS reflection/ DDoS attacks | Volumetric | Using third-party DNS servers (open resolvers) to propagate a DoS or DDoS attack |
| DNS amplification | Volumetric | Using a specially crafted query to create an amplified response to flood the victim with traffic |
| TCP/UDP/ICMP floods | Volumetric | Denial of service on layer 3 by bringing a network or service down by flooding it with large amounts of traffic |
| NXDOMAIN | Volumetric | Flooding the DNS server with requests for non-existent domains, causing cache saturation and slower response time |
| Random sub-domain (slow drip attacks), domain lock-up attacks, phantom domain attacks | Low-volume stealth | Flooding the DNS server with requests for phantom or misbehaving domains that are set up as part of the attack, causing resource exhaustion, cache saturation, outbound query limit exhaustion and degraded performance |
| DNS-based exploits | Exploits | Attacks that exploit vulnerabilities in the DNS software |
| DNS cache poisoning | Exploits | Corruption of the DNS cache data with a rogue address |
| Protocol anomalies | Exploits | Causing the server to crash by sending malformed packets and queries |
| Reconnaissance | Exploits | Attempts by hackers to get information on the network environment before launching a large DDoS or other type of attack |
| DNS hijacking | Exploits | Attacks that override domain registration information to point to a rogue DNS server |
| Data exfiltration (using known tunnels) | Exploits | Attack involves tunneling another protocol through DNS port 53, which is allowed if the firewall is configured to carry non-DNS traffic—for the purposes of data exfiltration |

*Source*: *Infoblox DNS Infrastructure Datasheet*

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **3.pre** | The Accused Instrumentalities comprise "[a] software installation package for a domain name server." |

*See* Claim 1 at 1.pre and 1.a

## U.S. Patent No. 8,898,773

| 3.a | The Accused Instrumentalities contain "a hardened operating system." |
|---|---|

*See* Claim 1 at 1.c

## U.S. Patent No. 8,898,773

| 3.b | The Accused Instrumentalities contain "a securely pre-configured domain name server software." |
|-----|--------------------------------------------------------------------------------------------------|

*See* Claim 1 at 1.d

## U.S. Patent No. 8,898,773

**3.c**    The Accused Instrumentalities contain "a management interface."

*See* Claim 1 at 1.e

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **3.d** | The Accused Instrumentalities contain "a local attack detection logic, wherein the attack detection logic performs one or more analyses, each of which being based on a plurality of IP packets from an individual client computer, based on a predetermined set of attack detection rules." |

*See* Claim 1 at 1.g

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **3.e** | If the "at least some of the analyses" the Accused Instrumentalities perform, "which are based on the plurality of IP packets from the individual client computer" "identify the individual client computer as an attacking client computer," the local attack detection logic "blacklists" the individual client computer, indicating that "IP traffic from the individual client computer should be blocked." |

*See* Claim 1 at 1.h

# U.S. Patent No. 8,898,773

| | |
|---|---|
| **3.f** | The Accused Instrumentalities include a tangible software carrier that constitutes a non-transitory storage medium, including, for example, persistent storage media such as internal hard drives, solid-state drives, flash memory, installation media, and/or virtual machine disk images. |



**CENTRALIZED MANAGEMENT OF DISTRIBUTED ARCHITECTURES**

Infoblox physical and virtual appliances deliver core network services—including DNS, DHCP, IPAM, NTP and TFTP—in a reliable, secure, easy-to-deploy and manage platform. The Infoblox Grid™ is created by linking appliances across a distributed enterprise. The Grid is not a separate management and reporting application that overlays the individual appliances. Rather, appliances in a Grid are linked using sophisticated distributed database technology embedded within each appliance. This transforms the collection of appliances into a unified system with very unique and beneficial attributes.

**INFOBLOX GRID™ TECHNOLOGY OVERVIEW**

Infoblox Grid™ technology enables distributed Infoblox appliances to function as a unified, centrally managed system—instead of independent devices—providing a real-time distribution, synchronization and management framework. Infoblox Grids are implemented using physical or virtual appliances licensed with the NS1 Grid (NS1GD) package, which enables the functions of the Grid module in the Infoblox NIOS software. The Grid module leverages and enhances underlying subsystems in the Infoblox NIOS software included with every Infoblox appliance.

The NIOS software includes service modules such as DNS, DNSSEC, DHCP, TFTP and NTP services that are implemented using industry-standard protocol engines that have been modified to work with the Infoblox database. The Infoblox database engine provides: