**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NIXU FL IP PROTECTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-1345-RDA-WEF |
| | ) | |
| INFOBLOX FEDERAL, INC., and INFOBLOX, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the motion of Plaintiff Nixu FL IP Protection LLC ("Plaintiff"), who seeks leave to withdraw Nancy Y. Simpson and the law firm Spotts Fain PC as counsel of record in this case. Plaintiff will continue to be represented in this matter by John M. Erbach, now of Whiteford, Taylor & Preston LLP, and its counsel at Winstead PC.

Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.

The Clerk's Office is directed to remove Nancy Y. Simpson as counsel of record.

**ENTERED** this 21st day of September, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE